UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA YOUNG | ) | CASE NO. 3:24-cv-01264 (KAD) |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN | ) | SEPTEMBER 26, 2024 |
| *Respondent*. | ) | |

**RULING AND ORDER**

Kari A. Dooley, United States District Judge:

Before the Court are Lisa Young's Motions for Leave to Proceed *in forma pauperis* ("IFP") at ECF Nos. 6, 10, and 12, requesting to proceed in her habeas action without paying the $5 filing fee. For the following reasons, these motions are DENIED.

It is well settled that the decision to proceed *in forma pauperis* in civil cases is committed to the sound discretion of the district court. *See Rahimi v. Sec'y of Navy*, No. 3:19-CV-01852 (JAM), 2019 WL 6529458, at *2 (D. Conn. Dec. 4, 2019). In exercising this discretion, the court must determine whether the burden of paying the fees for filing and service would either hamper the petitioner's ability to obtain the necessities of life or force her to abandon the action. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948); *Potnick v. E. State Hosp.*, 701 F.2d 243, 244 (2d Cir. 1983) (*per curiam*).

Young's motions, read together, show she receives no money from employment or investments, has no assets, monthly expenses, or debts, and does not support any dependents. *See* ECF Nos. 6, 10, 12. Young's trust fund account statement dated September 7, 2024, shows she spent $372.10 from her trust fund account from August 8, 2024, to September 5, 2024. *See* ECF No. 13. The source of those funds is unknown, but Young received a $100 Western Union wire

transfer as recently as September 2, 2024. *See id.* Young's trust fund account balance as of September 7, 2024, was $88.71.

In short, Young's current trust fund balance of $88.71 and her recent account history shows that she can pay the $5 filing fee without forgoing life's necessities or causing her to abandon the action. Accordingly, Young's Motions for Leave to Proceed *in Forma Pauperis* at ECF Nos. 6, 10, and 12 are DENIED. *See Clark v. Pappoosha*, No. 3:21CV1690 (CSH), 2022 WL 960296, at *2 (D. Conn. Mar. 30, 2022) (finding that plaintiff could pay the $402 filing fee when he had $492.70 in his trust account).

All further proceedings in this matter shall be held in abeyance for thirty (30) days pending the Plaintiff's delivery of the filing fee in the amount of $5 (money order or bank check made payable to the Clerk of Court) to the Clerk's Office, 915 Lafayette Boulevard, Bridgeport, CT 06604.

Failure to tender the filing fee on or before **October 26, 2024**, will result in the dismissal of this action.

**SO ORDERED** at Bridgeport, Connecticut, this 26th day of September, 2024.

       */s/ Kari A. Dooley*
       KARI A. DOOLEY
       UNITED STATES DISTRICT JUDGE